UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SANTOS GARCIA, IBAN GONZALEZ, and
HECTOR GOMEZ,

                Plaintiff,

     -against-                                 20 Civ. 4691(JMW)

GRANDPA TONY'S ENTERPRISES LLC d/b/a
GRANDPA TONY'S and JOSEPH
PASQUARETTO,

                Defendants.
------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**WHEREAS,** on October 1, 2020, Plaintiffs filed a Complaint, which asserts claims for, *inter alia*, failure to pay minimum wages, overtime wages, and liquidated and statutory damages under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") and/or the New York Labor Law § 190, *et seq.* ("NYLL");

**WHEREAS,** the terms of the Agreement, which are incorporated herein by reference, have been reviewed and scrutinized by the Court and are approved and considered a fair and reasonable resolution of, *inter alia*, bona fide disputes over a provision(s) of the FLSA, the NYLL, and/or time worked; and

**WHEREAS,** this Court shall retain jurisdiction to enforce the terms of the Agreement;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the Parties, that this action be hereby dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. A copy of the signatures on this Stipulation serve the same purposes as an original signature.

Dated: New York, New York
August 27, 2021

| | |
|---|---|
| **PECHMAN LAW GROUP PLLC**<br>*Attorneys for Plaintiffs* | **FONG & WONG, P.C.**<br>*Attorneys for Defendants* |

By: _____
Louis Pechman, Esq.
Laura Rodriguez, Esq.
488 Madison Avenue, 17th Floor
New York, NY 10022
Tel.: (212) 583-9500

By: */s/ Robert W. Wong*
Robert W. Wong, Esq.
802 64th Street, Suite 2A
Brooklyn, NY 11220
Tel.: (718) 567-8883

SO ORDERED.

s/ James M. Wicks
Hon. James M. Wicks, U.S.M.J.

2